UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 4, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
v. )
)
MEGHAN MONFORT, )
    Defendant. )
)

Case No. 3:18-mj-00014-CMK

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, MEGHAN MONFORT, Case No. 3:18-mj-00014-CMK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $25,000.00.

    _X_ Co-Signed Unsecured Appearance Bond

    ___ Secured Appearance Bond

    _X_ (Other) Conditions as stated on the record.

    _X_ (Other) The Defendant is to be released on June 5, 2018 at 9:00 a.m. to the assigned Pretrial Services Officer for transport to Well Space drug treatment program.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 6/4/2018 at 2:10 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge